**EKINCILER DEMIR VE CELIK SANYI A.S. and Ekinciler Dis Ticaret A.S., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Nucor Corporation, Gerdau Ameristeel, Inc., and Commercial Metals Company, Defendants–Appellees.**

No. 2008–1371.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2009.

Myles S. Getlan, Arent Fox LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were Matthew M. Nolan and Diana Dimitriuc Quaia.

Richard P. Schroeder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for argued defendant-appellee United States. With him on the brief were Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

John R. Shane, Wiley Rein LLP, of Washington, DC, for defendants-appellees Nucor Corporation, et al. With him on the brief was Maureen E. Thorson.

GAJARSA, MOORE, Circuit Judges, and ARTERTON, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: